## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**J & J SPORTS PRODUCTIONS, INC.**                          **PLAINTIFF**

v.                          **No. 4:14-cv-707-DPM**

**JOSE MATILDE MARTINEZ, individually and
d/b/a Eliella Ristorante; and EL I ELLA
TAQUERIA, LLC, an unknown business
entity d/b/a Eliella Ristorante**                          **DEFENDANTS**

### ORDER

Martinez has filed a Chapter 13 bankruptcy petition. He is the defendant—individually and through two unincorporated businesses. This case, therefore, is stayed, 11 U.S.C. § 362, and administratively terminated. Joint status report due 7 April 2016, and every six months thereafter. The Court will lift the stay, and dismiss the complaint without prejudice, if no action is taken by 15 December 2016.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

7 October 2015