IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

J & J SPORTS PRODUCTIONS INC.                                    PLAINTIFF

v.                         No. 4:14-cv-00707-DPM

JOSE MATILDE MARTINEZ, Individually
and doing business as Eliella Ristorante;
and ELI ELLA TAQUERIA LLC, an
unknown business entity doing business
as Eliella Ristorante                                            DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

24 August 2017